# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS D. COIT and<br>KIMBERLY TOMPKINS-COIT,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | Civil File No. 2:11-cv-02550-KHV-JPO<br><br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Thomas D. Coit and Kimberly Tompkins-Coit, and the defendant, Asset Acceptance, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: December 20, 2011

By: /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
4707 College Boulevard, Suite 100
Leawood, KS 66211
Telephone: (913) 451-9797
Fax: (913) 451-6163
meinhardtlaw@sbcglobal.net
ATTORNEY FOR PLAINTIFF

Dated: December 20, 2011

By: /s/Joshua C. Dickinson
Joshua C. Dickinson, #20632
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
jdickinson@spencerfane.com
ATTORNEY FOR DEFENDANT